IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER JACKSON JR., | |
| Plaintiff, | **8:26CV43** |
| vs. | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, and JAN DUTTON, Administrative Law Judge; | **ORDER** |
| Defendants. | |

This matter comes before the Court on Plaintiff's application to proceed in forma pauperis.  Filing No. 2.  Having reviewed the affidavit, the Court finds Plaintiff should be permitted to proceed in forma pauperis.  *See* 28 U.S.C. § 1915.  Accordingly,

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis, Filing No. 2, is granted.  The complaint shall be filed without payment of fees.

Dated this 5th day of February, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge