IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALEXANDER JACKSON JR.,

Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION
COMMISSIONER, and JAN DUTTON,
Administrative Law Judge;

Defendants.

**8:26CV43**

**ORDER**

This matter comes before the Court on review of the docket.  On February 2, 2026, the Court entered an order setting certain deadlines including, inter alia, requiring Plaintiff to file a motion for an order reversing the Commissioner's decision and supporting brief within 30 days after the Commissioner filed the administrative record.  Filing No. 3 at 1. The Commissioner filed the administrative record on March 31, 2026.  Filing No. 9; Filing No. 10.  To date, Plaintiff has not filed his motion for order reversing the Commissioner's decision.  Accordingly,

IT IS ORDERED:

1. Plaintiff shall have 30 days from the date of this order to file his motion for an order reversing the Commissioner's decision and supporting brief.

2. If Plaintiff is unable file his motion and supporting brief before the 30-day deadline, he shall immediately file a motion with the Court seeking additional time or shall otherwise advise the Court of the status of his motion.

1

3. The Clerk of the Court is directed to set a case management deadline in this case using the following text: **June 12, 2026**: deadline for Plaintiff to file his motion and supporting brief.

4. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of his claims without further notice.

Dated this 13th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2